### EX PARTE PETERS.
(Decided June 30, 1914.)

CERTIORARI to Court of Appeals.

M. PETERS, for appellant. RIDDLE, ELLIS & RIDDLE, for appellee.

Per curiam. Certiorari to Court of Appeals to review its judgment and decision in the case of *Peters v. Nolan*, 10 Ala. App. 599, 65 South. 699. Writ denied.

### EX PARTE REYNOLDS.
(Decided June 30, 1914.)

CERTIORARI to Court of Appeals.

W. L. LEE and H. L. MARTIN, for appellant. ESPY & FARMER, contra.

Per curiam. Certiorari to review judgment and decision of the Court of Appeals in *Reynolds v. Reynolds*, 10 Ala. App. 420, 65 South. 194. Writ denied.

### EX PARTE SEARS.
(Decided July 25, 1914.)

CERTIORARI to Court of Appeals.

L. A. SANDERSON and RUSHTON, WILLIAMS & CRENSHAW, for appellant. R. C. BRICKELL, Attorney General, for the State.

GARDNER, J.—Certiorari to review judgment and decision of the Court of Appeals in *Sears v. State*, 10 Ala. App. 76, 65 South. 300. Writ denied.

### EX PARTE SOUTHERN RAILWAY CO.
(Decided June 30, 1914.)

CERTIORARI to Court of Appeals.

LAWRENCE E. BROWN, for appellant. BOULDIN & WIMBERLY, for appellee.

DE GRAFFENRIED, J.—Certiorari to review judgment and decision of the Court of Appeals in *Sou. Ry. Co. v. Chambliss*, 10 Ala. 326, 65 South. 417. Writ denied.